USDC IN/ND case 2:16-cv-00384-JVB   document 2-2   filed 08/31/16   page 1 of 14

**NTCAPR, APPEAL**

# U.S. Bankruptcy Court
## Northern District of Indiana (Hammond Division)
## Adversary Proceeding #: 12-02102-jpk

*Assigned to:* J. Philip Klingeberger    *Date Filed:* 06/25/12
*Lead BK Case:* 09-24206
*Lead BK Title:* Jacqueline M Sterling
*Lead BK Chapter:* 7
*Demand:*

*Nature[s] of Suit:*  02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)

### Plaintiff
-----------------------
**Jacqueline M Sterling**                     represented by **Samuel A. Shelist**
2020 W 86th Avenue                                            Shelist Law Firm LLC
R510                                                          29 E. Madison Street, Suite 1000
Merrillville, IN 46410                                        Chicago, IL 60602
SSN / ITIN: xxx-xx-3787                                       312-644-3900
                                                              Fax : 312-644-3901
                                                              Email: sshelist@shelistlawfirm.com
                                                              *LEAD ATTORNEY*

V.

### Defendant
-----------------------
**Southlake Nautilus Health & Racquet Club,**     represented by **Terence M. Austgen**
**Inc., a corp.,**                                              Burke Costanza & Carberry LLP
240 W. 79th Avenue                                              9191 Broadway
Merrillville, IN 46410                                          Merrillville, IN 46410
                                                                219-769-1313
                                                                Fax : 219-769-6806
                                                                Email: austgen@bcclegal.com

                                                                **Elizabeth M. Bezak**
                                                                Burke Costanza & Carberry LLP
                                                                9191 Broadway
                                                                Merrillville, IN 46410
                                                                219-769-1313
                                                                Fax : 219-769-6806
                                                                Email: bezak@bcclegal.com

| | |
|---|---|
| *Defendant* | |
| ----------------------- | |
| **Austgen Kuiper & Associates, P.C.**<br>130 North Main Street<br>Crown Point, IN 46307<br>219-663-5600 | represented by **Michael J. Jasaitis**<br>Austgen Kuiper & Associates, P.C.<br>130 N. Main St.<br>Crown Point, IN 46307<br>219-663-5600<br>Fax : 219-662-3519<br>Email: mjasaitis@austgenlaw.com<br><br>**Philip Edward Kalamaros**<br>Hunt Suedhoff Kalamaros LLP<br>301 State Street, 2nd Floor<br>P.O. Box 46<br>St. Joseph, MI 49085<br>269-983-4405<br>Fax : 269-983-5645<br>Email: pkalamaros@hsk-law.com |
| *Defendant* | |
| ----------------------- | |
| **David M. Austgen**<br>130 N. Main Street<br>Crown Point, IN 46307 | represented by **Michael J. Jasaitis**<br>(See above for address)<br><br>**Philip Edward Kalamaros**<br>(See above for address) |
| *U.S. Trustee* | |
| ----------------------- | |
| **Nancy J. Gargula**<br>One Michiana Square Building<br>Suite 555<br>100 East Wayne Street<br>South Bend, IN 46601-2349<br>574-236-8105 | |

| Filing Date | # | Docket Text |
|---|---|---|
| 08/31/2016 | ●92 | Notice of Transmittal of Copy of Notice of Appeal(related document(s)91 Notice of Appeal filed by Plaintiff Jacqueline M Sterling). (kdr) (Entered: 08/31/2016) |
| 08/30/2016 | ●91 | Notice of Appeal to District Court. . Receipt Number Paid,Fee Amount $298 Filed by Plaintiff Jacqueline M Sterling (related |

| | | |
|---|---|---|
| | | document(s)88 Judgment) Appellant Designation due by 9/13/2016. (kdr) Modified on 8/31/2016 (kdr). (Entered: 08/31/2016) |
| 08/30/2016 | ● | Receipt of Appeal Filing Fee - $298.00 by CH. Receipt Number 334547. (admin) (Entered: 08/30/2016) |
| 08/27/2016 | ●90 | BNC Certificate of Mailing.(related document(s)88 Judgment). Notice Date 08/27/2016. (Admin.) (Entered: 08/28/2016) |
| 08/27/2016 | ●89 | BNC Certificate of Mailing.(related document(s)87 Decision). Notice Date 08/27/2016. (Admin.) (Entered: 08/28/2016) |
| 08/25/2016 | ●88 | Judgment (related document(s)1 Complaint filed by Plaintiff Jacqueline M Sterling). (cag) (Entered: 08/25/2016) |
| 08/25/2016 | ●87 | Memorandum of Opinion and Order Concerning Defendant's Motion for Judgment on Partial Findings (related document(s)1 Complaint filed by Plaintiff Jacqueline M Sterling). (cag) (Entered: 08/25/2016) |
| 01/19/2016 | ●86 | Order Concerning Sterlings Request for Fed.R. Bankr.P.9011 Sanctions (related document(s)81 Response filed by Plaintiff Jacqueline M Sterling). (kdr) (Entered: 01/19/2016) |
| 10/19/2015 | ●85 | Response to Motion To Strike Filed by Plaintiff Jacqueline M Sterling (related document(s)84 Motion To Strike filed by Southlake Nautilus Health & Racquet Club, Inc., a corp.,) (Shelist, Samuel) (Entered: 10/19/2015) |
| 10/15/2015 | ●84 | Southlake's Motion To Strike *Plaintiff's "Argument in Support of Rule 9011 Sanctions"* Filed by Defendant Southlake Nautilus Health & Racquet Club, Inc., a corp., (Austgen, Terence). Related document(s) 81 Response filed by Plaintiff Jacqueline M Sterling. Modified on 10/16/2015 (cag). (Entered: 10/15/2015) |
| 10/01/2015 | ●83 | Defendant Austgen, Kuiper & Associates, Response to Sterling's Proposed Rule 7052 Argument and Memorandum Filed by Defendant Austgen Kuiper & Associates, P.C. (related document(s)75 Motion for Proceedings Supplemental filed by Jacqueline M Sterling) (Kalamaros, Philip) Modified on 10/2/2015 (cag). (Entered: 10/01/2015) |
| 10/01/2015 | ●82 | Southlake's Response Brief in Support of Rule 7052(c) Motion for Judgment on Partial Findings Filed by Defendant Southlake Nautilus Health & Racquet Club, Inc., a corp., (Austgen, Terence) Modified on 10/2/2015 (cag). (Entered: 10/01/2015) |

| | | |
|---|---|---|
| 10/01/2015 | 81 | Sterling's Rule 7052 and Rule 9011 Memorandum in Response to Both Austgen Kuiper & Associates and Southlake Nautilus & Racquet Club's Memoranda Filed by Plaintiff Jacqueline M Sterling (related document(s)78 Motion to Dismiss Party filed by Southlake Nautilus Health & Racquet Club, Inc., a corp.,, 79 Motion for Proceedings Supplemental filed by Austgen Kuiper & Associates, P.C., 80 Motion for Proceedings Supplemental filed by Austgen Kuiper & Associates, P.C.) (Shelist, Samuel) Modified on 10/2/2015 (cag). (Entered: 10/01/2015) |
| 09/01/2015 | 80 | Exhibits of Austgen Kuiper & Associates, P.C. Filed by Defendant Austgen Kuiper & Associates, P.C. (Kalamaros, Philip) Modified on 9/2/2015 (cag). (Entered: 09/01/2015) |
| 09/01/2015 | 79 | FRCP 52(c) Memorandum in Support of Partial Findings in Favor of Austgen Kuiper & Associates, P.C. Filed by Defendant Austgen Kuiper & Associates, P.C. (Kalamaros, Philip) Modified on 9/2/2015 (cag). (Entered: 09/01/2015) |
| 09/01/2015 | 78 | Southlake's Brief in Support of Motion for Judgment on Partial Findings Filed by Defendant Southlake Nautilus Health & Racquet Club, Inc., a corp., (Austgen, Terence) Modified on 9/2/2015 (cag). (Entered: 09/01/2015) |
| 08/31/2015 | 77 | Supplemental Motion for Proceedings Supplemental *Conclusions of Law* Filed by Plaintiff Jacqueline M Sterling (Shelist, Samuel) (Entered: 08/31/2015) |
| 08/31/2015 | 76 | Sterling's Proposed Rule 7052 Findings of Fact Filed by Plaintiff Jacqueline M Sterling (Shelist, Samuel) Modified on 9/1/2015 (lrd). (Entered: 08/31/2015) |
| 08/31/2015 | 75 | Sterling's Rule 7052 Argument and Memorandum Filed by Plaintiff Jacqueline M Sterling (Attachments: # 1 Supplement) (Shelist, Samuel) Modified on 9/1/2015 (lrd). (Entered: 08/31/2015) |
| 05/10/2015 | 74 | BNC Certificate of Mailing.(related document(s)73 Order). Notice Date 05/10/2015. (Admin.) (Entered: 05/11/2015) |
| 05/08/2015 | 73 | Order Concerning Revision of Briefing Schedule (related document(s)60 Order). (cag) (Entered: 05/08/2015) |
| 04/17/2015 | 72 | Response to Plaintiff's Motion to Continue Filed by Defendants David M. Austgen, Austgen Kuiper & Associates, P.C. (related document(s)71 Motion to Extend Time filed by Jacqueline M |

| | | |
|---|---|---|
| | | Sterling) (Kalamaros, Philip) Modified on 4/17/2015 (cag). (Entered: 04/17/2015) |
| 04/16/2015 | 71 | Debtor's Motion to Continue Order concerning further proceedings until after the Trial Transcript is Released Filed by Plaintiff Jacqueline M Sterling (related document(s)65 Transcript) (Attachments: # 1 Exhibit # 2 Proposed Order) (Shelist, Samuel) Modified on 4/17/2015 (cag). (Entered: 04/16/2015) |
| 04/15/2015 | 70 | Notice of Motion: Debtor Sterling's Motion to Continue Order concerning Further Proceedings until after the Trial Transcript is released Filed by Plaintiff Jacqueline M Sterling (related document(s)66 Notice of Filing of Official Transcript, 67 Notice of Filing of Official Transcript) (Attachments: # 1 Proposed Order # 2 Exhibit) (Shelist, Samuel) Modified on 4/15/2015 (cag). (Entered: 04/15/2015) |
| 04/01/2015 | 69 | BNC Certificate of Mailing.(related document(s)67 Notice of Filing of Official Transcript). Notice Date 04/01/2015. (Admin.) (Entered: 04/02/2015) |
| 04/01/2015 | 68 | BNC Certificate of Mailing.(related document(s)66 Notice of Filing of Official Transcript). Notice Date 04/01/2015. (Admin.) (Entered: 04/02/2015) |
| 03/30/2015 | 67 | Notice of Filing of Transcript and of Deadlines Related to Restriction and Redaction (related document(s)65 Transcript). (egw) (Entered: 03/30/2015) |
| 03/30/2015 | 66 | Notice of Filing of Transcript and of Deadlines Related to Restriction and Redaction (related document(s)64 Transcript). (egw) (Entered: 03/30/2015) |
| 03/30/2015 | 65 | Transcript regarding Hearing Held 11/13/14 RE: Trial on Complaint. Remote electronic access to the transcript is restricted until 06/29/2015. Until that time the transcript may be viewed at the Bankruptcy Court Clerk's office or a copy may be obtained from the official court transcriber: Court Reporter/Transcriber Janice Russell, Telephone number (757) 422-9089; e-mail: trussell31@cox.net. (RE: related document(s) 1 Complaint filed by Plaintiff Jacqueline M Sterling). Notice of Intent to Request Redaction Deadline Due By 04/6/2015. Redaction Request Due By 04/20/2015. Redacted Transcript Submission Due By 04/30/2015. Transcript access will be restricted through 06/29/2015. (Russell, Janice) (Entered: 03/30/2015) |
| | | |

| | | |
|---|---|---|
| 03/30/2015 | 64 | Transcript regarding Hearing Held 11/12/14 RE: Trial on Complaint. Remote electronic access to the transcript is restricted until 06/29/2015. Until that time the transcript may be viewed at the Bankruptcy Court Clerk's office or a copy may be obtained from the official court transcriber: Court Reporter/Transcriber Janice Russell, Telephone number (757) 422-9089; e-mail: trussell31@cox.net. (RE: related document(s) 1 Complaint filed by Plaintiff Jacqueline M Sterling). Notice of Intent to Request Redaction Deadline Due By 04/6/2015. Redaction Request Due By 04/20/2015. Redacted Transcript Submission Due By 04/30/2015. Transcript access will be restricted through 06/29/2015. (Russell, Janice) (Entered: 03/30/2015) |
| 02/11/2015 | | Judge Klingeberger ordered a(n) Ordinary copy of the transcript relating to the Trial held on 11/12/14 and 11/13/14(related document(s)1Complaint filed by Plaintiff Jacqueline M Sterling. (pg) (Entered: 02/11/2015) |
| 11/23/2014 | 63 | BNC Certificate of Mailing.(related document(s)61 Judgment). Notice Date 11/23/2014. (Admin.) (Entered: 11/24/2014) |
| 11/23/2014 | 62 | BNC Certificate of Mailing.(related document(s)60 Order). Notice Date 11/23/2014. (Admin.) (Entered: 11/24/2014) |
| 11/21/2014 | 61 | Judgment on Partial Findings with Respect to the Defendant David M. Austgen (related document(s)1 Complaint filed by Plaintiff Jacqueline M Sterling). (cag) (Entered: 11/21/2014) |
| 11/21/2014 | 60 | Order Concerning Further Proceedings Subsequent to Close of the Evidentiary Record (related document(s)1 Complaint filed by Plaintiff Jacqueline M Sterling). (cag) (Entered: 11/21/2014) |
| 11/13/2014 | | Hearing Held (related document(s)1Complaint filed by Plaintiff Jacqueline M Sterling. APPEARANCES: Atty. Shelist on behalf of Plaintiff and Attys. Austgen, Jasaitis and Kalamaaros on behalf of Defendants. (Separate order to be entered) (pg) (Entered: 11/17/2014) |
| 11/12/2014 | | Hearing Held (related document(s)1Complaint filed by Plaintiff Jacqueline M Sterling. APPEARANCES: Atty. Shelist on behalf of Plaintiff and Attys. Austgen, Jasaitis and Kalamaaros on behalf of Defendants. (Separate order to be entered) (pg) (Entered: 11/17/2014) |
| 11/09/2014 | 59 | BNC Certificate of Mailing.(related document(s)58 Order on Motion to Approve). Notice Date 11/09/2014. (Admin.) (Entered: 11/10/2014) |

| | | |
|---|---|---|
| 11/07/2014 | 58 | Order Concerning Verified Motion to Admit Deposition of Joanne Baitup into Evidence (Related Doc # 55) (cag) (Entered: 11/07/2014) |
| 10/31/2014 | 57 | Letter/Correspondence Filed by Defendants David M. Austgen, Austgen Kuiper & Associates, P.C. (related document(s)54 Exhibit) (Kalamaros, Philip) (Entered: 10/31/2014) |
| 10/27/2014 | 56 | *Brief in Support of Motion to Admit Deposition of Joanne Baitup Into Evidence* Filed by Defendants David M. Austgen, Austgen Kuiper & Associates, P.C. (Attachments: # 1 Exhibit 2- Subpoena # 2 Exhibit 3 - letter # 3 Exhibit 4 - Affidavit # 4 Exhibit 5 - Proposed Order # 5 Exhibit 1 - Dep) (Kalamaros, Philip) Modified on 10/28/2014 (cag). (Entered: 10/27/2014) |
| 10/27/2014 | 55 | Verified Motion to Admit Deposition of Joanne Baitup Into Evidence Filed by Defendants David M. Austgen, Austgen Kuiper & Associates, P.C. (Kalamaros, Philip) Modified on 10/28/2014 (cag). (Entered: 10/27/2014) |
| 07/28/2014 | 54 | Statement of Court Receipt of Trial Exhibit Books. (kdr) (Entered: 07/28/2014) |
| 07/18/2014 | 53 | BNC Certificate of Mailing.(related document(s)52 Order to Continue/Reschedule Hearing). Notice Date 07/18/2014. (Admin.) (Entered: 07/19/2014) |
| 07/16/2014 | 52 | Order Granting Defendants Austgen Kuiper & Associates, P.C. and David M. Austgen's Verified Motion to Continue Trial Date (related document(s)1 Complaint filed by Plaintiff Jacqueline M Sterling). Bench Trial date set for 11/12/2014 at 09:30 AM, and continuing over to 11/13/14, as necessary at Hammond - 3rd Floor, Courtroom 8. (cag) Modified on 7/17/2014 (cag). (Entered: 07/16/2014) |
| 06/24/2014 | 51 | Sterling Response to Re-Setting Trial Date Filed by Plaintiff Jacqueline M Sterling (related document(s)46 Motion to Vacate filed by David M. Austgen, Austgen Kuiper & Associates, P.C.) (Shelist, Samuel) Modified on 6/25/2014 (cag). (Entered: 06/24/2014) |
| 06/16/2014 | 50 | Notice *of Answer to Defenses* Filed by Plaintiff Jacqueline M Sterling (related document(s)49 Notice filed by Jacqueline M Sterling) (Attachments: # 1 Exhibit)(Shelist, Samuel) (Entered: 06/16/2014) |
| 06/16/2014 | 49 | |

| | | |
|---|---|---|
| | | Notice *of Answer to Defenses* Filed by Plaintiff Jacqueline M Sterling (Shelist, Samuel) (Entered: 06/16/2014) |
| 06/11/2014 | 48 | Proposed Order Granting Motion to continue hearing Filed by Defendants David M. Austgen, Austgen Kuiper & Associates, P.C. (related document(s)46 Motion to Vacate filed by David M. Austgen, Austgen Kuiper & Associates, P.C.) (Kalamaros, Philip) Modified on 6/12/2014 (cag). (Entered: 06/11/2014) |
| 06/06/2014 | 47 | BNC Certificate of Mailing.(related document(s)45 Order Setting Hearing). Notice Date 06/06/2014. (Admin.) (Entered: 06/07/2014) |
| 06/04/2014 | 46 | Defendants Austgen Kuiper & Associates, P.C. and David M. Austgen's Verified Motion to Continue Trial Date filed by Defendants David M. Austgen, Austgen Kuiper & Associates, P.C. (Kalamaros, Philip). Related document(s) 1 Complaint filed by Plaintiff Jacqueline M Sterling. Modified on 6/5/2014 (cag). (Entered: 06/04/2014) |
| 06/04/2014 | 45 | Order Scheduling Trial (related document(s)1 Complaint filed by Plaintiff Jacqueline M Sterling). Bench Trial date set for 7/30/2014 at 09:30 AM at Hammond - 3rd Floor, Courtroom 8. (cag) (Entered: 06/04/2014) |
| 05/14/2014 | | Telephone Conference Held (related document(s)1Complaint filed by Plaintiff Jacqueline M Sterling. APPEARANCES: Atty. Terence Austgen on behalf of Defendant Southlake Nautilus Health and Racquet Club and Atty Kalamaros on behalf of Defendants Austgen Kuiper & Associates & Atty David Austgen. (Separate order to be entered) (pg) (Entered: 05/14/2014) |
| 04/07/2014 | 44 | Supplemental Exhibit filed by Jacqueline M Sterling. (related document(s)43 Notice filed by Plaintiff Jacqueline M Sterling). (Shelist, Samuel) (Entered: 04/07/2014) |
| 04/07/2014 | 43 | Supplemental Notice Filed by Plaintiff Jacqueline M Sterling (Shelist, Samuel) (Entered: 04/07/2014) |
| 03/03/2014 | | Hearing Not Held 3/5/14 (related document(s)28 Motion to Compel filed by Jacqueline M Sterling. (hrng off per hrng held 2-19-14 DE) (dlz) (Entered: 03/03/2014) |
| 02/26/2014 | 42 | BNC Certificate of Mailing.(related document(s)41 Docket Entry (Hrg)). Notice Date 02/26/2014. (Admin.) (Entered: 02/27/2014) |

| | | |
|---|---|---|
| 02/24/2014 | 41 | Docket Entry: Telephonic Conference held on 2/19/14 RE: (related document(s)1Complaint filed by Plaintiff Jacqueline M Sterling.APPEARANCES: Atty Shelist on behalf of Plaintiff, Atty. Terence Austgen on behalf of Defendant Southlake Nautilus Health and Racquet Club and Atty Kalamaros on behalf of Defendants Austgen Kuiper & Associates and Atty David Austgen. Arrangements have been made for two depositions. There are proceedings in the works to seek to obtain the debtors file(s) from the former Legal Helpers law firm or its successor. It is ORDERED that the discovery deadline is extended per the #37 motion to April 25, 2014. It is FURTHER ORDERED that the conference set for March 5, 2014 (record #37) is cancelled as unnecessary. The foregoing is hereby continued to May 14, 2014 at 11:30 A.M. (pg) (Entered: 02/24/2014) |
| 02/07/2014 | 40 | Notice *of Affidavit to Motion to Extend Discovery Schedule* Filed by Plaintiff Jacqueline M Sterling (related document(s)39 Motion to Extend Time filed by Jacqueline M Sterling) (Shelist, Samuel) (Entered: 02/07/2014) |
| 02/07/2014 | 39 | Motion to Extend Time *for Discovery Schedule* Filed by Plaintiff Jacqueline M Sterling (Attachments: # 1 Exhibit) (Shelist, Samuel) (Entered: 02/07/2014) |
| 01/17/2014 | 38 | Amended Answer *First Answer to A. Kuiper Written Discovery* Filed by Plaintiff Jacqueline M Sterling (related document(s)35 Reply filed by Jacqueline M Sterling) (Shelist, Samuel) (Entered: 01/17/2014) |
| 01/09/2014 | 37 | Docket Entry: PreTrial Conference held on January 8, 2014 (related document(s)28 Motion to Compel filed by Plaintiff Jacqueline M Sterling. APPEARANCES: Atty Shelist on behalf of Jacqueline Sterling, Atty Terrance Austgen on behalf of Southlake Nautilus Health and Racquet Club,Atty Kalamaros on behalf of Austgen Kuiper & Associates and Atty David Austgen on behalf of Philip Kalamaros. The parties arrange for deposition dates in open court. Document production request responses require further review. The Court determines that the record #28 motion has been satisfied/resolved. The foregoing is hereby reset for Telphonic PreTrial Conference March 5, 2014 2 10:30 a.m. (kdr) Modified on 2/19/2014 (kdr). (Entered: 01/09/2014) |
| 01/02/2014 | 36 | Notice *to Withdraw Motion to Continue Hearing* Filed by Defendants David M. Austgen, Austgen Kuiper & Associates, P.C. (related document(s)34 Motion to Continue/Reschedule |

| | | |
|---|---|---|
| | | Hearing filed by David M. Austgen, Austgen Kuiper & Associates, P.C.) (Kalamaros, Philip) (Entered: 01/02/2014) |
| 12/27/2013 | 35 | Reply Motion to Continue/Reschedule Hearing Filed by Plaintiff Jacqueline M Sterling (related document(s)34 Motion to Continue/Reschedule Hearing filed by David M. Austgen, Austgen Kuiper & Associates, P.C.) (Attachments: # 1 Exhibit) (Shelist, Samuel) (Entered: 12/27/2013) |
| 12/23/2013 | 34 | **WITHDRAWN PER NOTICE OF 1/2/2014** Motion to Continue Hearing On *Plaintiff's Motion toCompel Compliance with Discovery* Filed by Defendants David M. Austgen, Austgen Kuiper & Associates, P.C. (Kalamaros, Philip). Related document(s) 28 Motion to Compel filed by Plaintiff Jacqueline M Sterling. Modified on 12/26/2013 (cag). Modified on 1/3/2014 (jas). (Entered: 12/23/2013) |
| 12/18/2013 | 33 | BNC Certificate of Mailing.(related document(s)32 Order Setting Hearing). Notice Date 12/18/2013. (Admin.) (Entered: 12/19/2013) |
| 12/16/2013 | 32 | Order and Notice of Hearing (related document(s)28 Motion to Compel filed by Plaintiff Jacqueline M Sterling). Hearing scheduled for 1/8/2014 at 11:15 AM at Hammond - 3rd Floor, Courtroom 8. (cag) (Entered: 12/16/2013) |
| 12/16/2013 | 31 | Notice *of Reply to Defendant's Response to Motion to Compel* Filed by Plaintiff Jacqueline M Sterling (related document(s)29 Response filed by David M. Austgen, Austgen Kuiper & Associates, P.C., 30 Response filed by Southlake Nautilus Health & Racquet Club, Inc., a corp.,) (Attachments: # 1 Exhibit)(Shelist, Samuel) (Entered: 12/16/2013) |
| 12/12/2013 | 30 | Response to Motion to Compel Filed by Defendant Southlake Nautilus Health & Racquet Club, Inc., a corp., (related document(s)28 Motion to Compel filed by Jacqueline M Sterling) (Austgen, Terence) (Entered: 12/12/2013) |
| 12/11/2013 | 29 | Response to Motion to Compel Filed by Defendants David M. Austgen, Austgen Kuiper & Associates, P.C. (related document(s)28 Motion to Compel filed by Jacqueline M Sterling) (Kalamaros, Philip) (Entered: 12/11/2013) |
| 11/14/2013 | 28 | Motion to Compel Compliance with Discovery Filed by Plaintiff Jacqueline M Sterling (Attachments: # 1 Exhibit # 2 Proposed Order) (Shelist, Samuel) Modified on 11/14/2013 (cag). (Entered: 11/14/2013) |

| | | |
|---|---|---|
| 10/19/2013 | 27 | BNC Certificate of Mailing.(related document(s)26 Docket Entry (Hrg)). Notice Date 10/19/2013. (Admin.) (Entered: 10/20/2013) |
| 10/17/2013 | 26 | Docket Entry: Telephonic Conference held on 10/16/13 RE: (related document(s)1 Complaint filed by Plaintiff Jacqueline M Sterling. APPEARANCES: Atty. Shelist on behalf of Plaintiff, Atty. Austgen on behalf of Defendant Southlake Nautilus, Attys. Jasaitis and Philip Kalamaros on behalf of Defendants Austgen Kuiper & Assoc. and David Austgen. Discovery has not been completed; if there are problems with discovery, the mechanisms to present them to the court are by means of a motion to compel discovery/a motion for a protective order. Discovery is extended to February 7, 2014. At the next conference the focus will be trial scheduling. The foregoing is hereby continued to February 19, 2014 at 11:00 A.M. (pg) (Entered: 10/17/2013) |
| 09/24/2013 | 25 | Defendants Austgen Kuiper & Associates, P.C. and David M. Austgen's Response to Plaintiff's Motion for Status/Discovery Conference Filed by Defendants David M. Austgen, Austgen Kuiper & Associates, P.C. (related document(s)24 Motion to Continue/Reschedule Hearing filed by Jacqueline M Sterling) (Kalamaros, Philip) Modified on 9/24/2013 (cag). (Entered: 09/24/2013) |
| 09/23/2013 | 24 | Notice of Debtor Sterling's Reply on the Motion to have a conference on discovery, Motion and Additional Discovery to the Defendants Southlake Nautilus Health & Racquet club Inc David Austgen and Austgen Kuiper & Associates PC Filed by Plaintiff Jacqueline M Sterling (Attachments: # 1 Index # 2 Exhibit) (Shelist, Samuel). Related document(s) 1 Complaint filed by Plaintiff Jacqueline M Sterling. Modified on 9/24/2013 (cag). (Entered: 09/23/2013) |
| 08/27/2013 | 23 | Notice of Appearance by Philip Edward Kalamaros Filed by Defendants David M. Austgen, Austgen Kuiper & Associates, P.C. (Kalamaros, Philip) (Entered: 08/27/2013) |
| 04/14/2013 | 22 | BNC Certificate of Mailing.(related document(s)21 Order Setting Conference). Notice Date 04/14/2013. (Admin.) (Entered: 04/15/2013) |
| 04/12/2013 | 21 | Discovery Deadlines/Telephonic Status Conference Order (related document(s)1 Complaint filed by Plaintiff Jacqueline M Sterling). Telephone Conference set for 10/16/2013 at 10:00 AM at Hammond - 3rd Floor, Courtroom 8. (cag) (Entered: 04/12/2013) |

| | | |
|---|---|---|
| 04/03/2013 | | Telephonic Pre-Trial Conference Held (related document(s) 1Complaint filed by Plaintiff Jacqueline M Sterling. APPEARANCES: Atty. Shelist on behalf of Plaintiff, Atty. Terence Austgen on behalf of Defendant Southlake Nautilus Health & Racquet Club and Atty. Jasaitis on behalf of Defendants David Austgen and Austgen Kuiper & Associates. (Separate order to be entered) (pg) (Entered: 04/05/2013) |
| 03/03/2013 | 20 | BNC Certificate of Mailing.(related document(s)19 Docket Entry (Hrg)). Notice Date 03/03/2013. (Admin.) (Entered: 03/04/2013) |
| 03/01/2013 | 19 | Docket Entry: Telephonic Pre-Trial Conference held on 2/27/13 RE:(related document(s)1Complaint filed by Plaintiff Jacqueline M Sterling. APPEARANCES: Atty. Shelist on behalf of Plaintiff, Atty. Austgen on behalf of Defendants Southlake Nautilus, Attys. Jasaitis and Svetanoff on behalf of Defendant Austgen Kuiper & Associates, Inc. and David Austgen. At the next scheduled conference, the following will be addressed:(1) The scope of available remedies for a proven violation of 11 U.S.C. Section 524(a); (2)including whether punitive damages may be recovered; (3)whether the submission of legal memoranda will be ordered regarding the issues in paragraph (1) above; (4)the extent, if any, to which the court's decision in Galmore v. Dykstra, 390 B.R. 901 (2008) may be relevant to this case and (5)the scheduling of further case proceedings; including the parties position on mediation. The foregoing is hereby continued to April 3, 2013 at 11:00 A.M. (pg) (Entered: 03/01/2013) |
| 02/26/2013 | 18 | Answer to Complaint *for Contempt* Filed by Defendants David M. Austgen, Austgen Kuiper & Associates, P.C. (Jasaitis, Michael) (Entered: 02/26/2013) |
| 02/02/2013 | 17 | BNC Certificate of Mailing.(related document(s)15 Order Setting Conference). Notice Date 02/02/2013. (Admin.) (Entered: 02/03/2013) |
| 02/02/2013 | 16 | BNC Certificate of Mailing.(related document(s)14 Order). Notice Date 02/02/2013. (Admin.) (Entered: 02/03/2013) |
| 01/31/2013 | 15 | Order for Preliminary Pre-Trial Conference (related document (s)1 Complaint filed by Plaintiff Jacqueline M Sterling). Preliminary Pre-Trial Conference set for 2/27/2013 at 11:00 AM at Hammond - 3rd Floor, Courtroom 8. (cag) (Entered: 01/31/2013) |
| 01/31/2013 | 14 | |

| | | |
|---|---|---|
| | | Order Determining Austgen Defendants' Motion to Dismiss Adversary Complaint (related document(s)9 Motion to Dismiss Adversary Proceeding filed by Defendant David M. Austgen, Defendant Austgen Kuiper & Associates, P.C.). (cag) (Entered: 01/31/2013) |
| 11/12/2012 | 13 | Reply Briefs *in Support of Motion to Dismiss Adversary Complaint* Filed by Defendants David M. Austgen, Austgen Kuiper & Associates, P.C. (related document(s)9 Motion to Dismiss Adversary Proceeding filed by David M. Austgen, Austgen Kuiper & Associates, P.C.) (Jasaitis, Michael) (Entered: 11/12/2012) |
| 10/22/2012 | 12 | Response to Motion to Dismiss Adversary Proceeding Filed by Plaintiff Jacqueline M Sterling (related document(s)9 Motion to Dismiss Adversary Proceeding filed by David M. Austgen, Austgen Kuiper & Associates, P.C.) (Shelist, Samuel) (Entered: 10/22/2012) |
| 09/29/2012 | 11 | BNC Certificate of Mailing.(related document(s)10 Order). Notice Date 09/29/2012. (Admin.) (Entered: 09/30/2012) |
| 09/27/2012 | 10 | Order Stating Briefing Schedule (related document(s)9 Motion to Dismiss Adversary Proceeding filed by Defendant David M. Austgen, Defendant Austgen Kuiper & Associates, P.C.). (cag) (Entered: 09/27/2012) |
| 09/18/2012 | 9 | Motion to Dismiss Adversary Proceeding Filed by Defendants David M. Austgen, Austgen Kuiper & Associates, P.C. (Attachments: # 1 Memorandum in Support of Motion to Dismiss Adversary Complaint) (Jasaitis, Michael) (Entered: 09/18/2012) |
| 09/14/2012 | 8 | Answer to Complaint Filed by Defendant Southlake Nautilus Health & Racquet Club, Inc., a corp., (Austgen, Terence) (Entered: 09/14/2012) |
| 08/16/2012 | 7 | Notice of Appearance by Elizabeth M. Bezak Filed by Defendant Southlake Nautilus Health & Racquet Club, Inc., a corp., (Bezak, Elizabeth) (Entered: 08/16/2012) |
| 08/16/2012 | 6 | Motion to Extend Time *to Plead* Filed by Defendants David M. Austgen, Austgen Kuiper & Associates, P.C. (Jasaitis, Michael) (Entered: 08/16/2012) |
| 08/16/2012 | 5 | Notice of Appearance *as Counsel* by Michael J. Jasaitis Filed by Defendants David M. Austgen, Austgen Kuiper & Associates, P.C. (Jasaitis, Michael) (Entered: 08/16/2012) |

| | | |
|---|---|---|
| 08/16/2012 | 4 | Notice of Initial Extension of Time to Plead by Terence M. Austgen Filed by Defendant Southlake Nautilus Health & Racquet Club, Inc., a corp., (Austgen, Terence) Modified on 8/16/2012 (cag). (Entered: 08/16/2012) |
| 08/16/2012 | 3 | Notice of Appearance by Terence M. Austgen Filed by Defendant Southlake Nautilus Health & Racquet Club, Inc., a corp., (Austgen, Terence) (Entered: 08/16/2012) |
| 06/25/2012 | | Receipt of Complaint(12-02102-jpk) [cmp,cmp] ( 293.00) filing fee. Receipt Number 11296434, amount $ 293.00. (U.S. Treasury) (Entered: 06/25/2012) |
| 06/25/2012 | 2 | Summons Issued on Southlake Nautilus Health & Racquet Club Answer Due 07/25/2012; Austgen Kuiper & Associates, P.C. Answer Due 07/25/2012; David Austgen Answer Due 07/25/2012 Summon Issued (Shelist, Samuel). Page 2 (Certificate of Service). (Entered: 06/25/2012) |
| 06/25/2012 | 1 | Adversary case 12-02102. (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) *Adversary* Complaint by Jacqueline M Sterling against Southlake Nautilus Health & Racquet Club, Austgen Kuiper & Associates, P.C., David Austgen. Fee Amount $293. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 11# 5 Exhibit 27# 6 Exhibit 5# 7 Exhibit 28# 8 Exhibit 6# 9 Exhibit 7# 10 Exhibit 8# 11 Exhibit 25# 12 Exhibit 26) (Shelist, Samuel) (Entered: 06/25/2012) |